UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

UNITED STATES OF AMERICA

      - v. -

MUKHIDDIN KADIROV,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

:
:
:     CONSENT PRELIMINARY
:     ORDER OF FORFEITURE/
:     MONEY JUDGMENT
:
:     23 Cr. _____
:     CRIM 506
:
:

WHEREAS, on or about October 3, 2023, MUKHIDDIN KADIROV (the "Defendant") and another, was charged in one-count of a two-count Information, 23 Cr. ____ (___) (the "Information"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Count Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count Two of the Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the commission of the offense charged in Count Two of the Information;

WHEREAS, on or about October 3, 2023, the Defendant pled guilty to Count Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Information, and agreed to forfeit to the United States, a sum of money equal to $6,978,843 in United States currency, representing property involved in the commission of the offense charged in Count Two of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $6,978,843 in United States currency, representing the amount of property involved in the offense charged in Count Two of the Information, of which the Defendant is jointly and severally liable for $4,140,624 in United States currency with co-defendant Nerik Ilyayev ("Ilyayev"), to the extent a forfeiture money judgment is entered against Ilyayev in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count Two of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Cecilia Vogel, of counsel, and the Defendant and his counsel, Steve Zissou, Esq., that:

1.      As a result of the offense charged in Count Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $6,978,843 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count Two of the Information, of which the Defendant is jointly and severally liable for $4,140,624 in United States currency with co-conspirator Ilyayev, to the extent a forfeiture money judgment is entered against Ilyayev in this case, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant MUKHIDDIN KADIROV, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          10/3/23
CECILIA VOGEL                                              DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1084

MUKHIDDIN KADIROV

By: _____          10/3/2023
MUKHIDDIN KADIROV                             DATE

By: _____          10/3/2023
STEVE ZISSOU, ESQ.                                  DATE
Attorney for Defendant
42-40 Bell Blvd., Ste. 302
Bayside, NY 11361


SO ORDERED:


_____          October 3, 2023
HONORABLE                                            DATE
UNITED STATES DISTRICT JUDGE