# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361 | 718.279.4500 | stevezissou@stevezissouesq.com

**MEMORANDUM ENDORSED**  November 27, 2023

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023
```

Re:   *United States of America v. Mukhiddin Kadirov*, Case No. 23 Cr. 506 (GHW)

Your Honor,

This letter motion is submitted in support of the Defendant's request for a one-time modification of the conditions of his pretrial release to permit him to travel with his family to Florida for a brief vacation. Your Honor graciously approved an earlier request for travel to Colorado, but that trip, unfortunately, through no fault of his own, fell through due to a change of flight availability.

Mr. Kadirov respectfully makes this request for the same reason he did before: in order to provide his two young sons, Emran Kadirov (five years old) and Mohsin Kadirov (four years old), with a short out-of-state trip. He would be traveling with them as well as his long-term girlfriend, Zulfiya Mirzoeva.

If permitted to travel by the Court, they would be staying at the Hyde Beach Resort & Residences, which is located at 4111 South Ocean Drive in Hollywood, Florida 33019-3055. They would be checking into the hotel on December 10, 2023, and checking out on December 16, 2023.

They would be departing on Delta Air Lines Flight 2883, which departs from John F. Kennedy International Airport at 7:30 AM on December 10, 2023, and arrives at Miami International Airport on the same day at 10:46 AM. They would be returning on American Airlines Flight 1357, which departs from Miami International Airport at 7:26 PM on December 16, 2023, and arrives at John F. Kennedy International Airport on the same day at 10:29 PM.

Counsel has conferred with Supervising Pretrial Services Officer Vanessa Perdomo and Assistant U.S. Attorney Nathan Rehn—who is covering for his colleague, Cecilia Vogel, while she is on parental leave—and they advise that they do not oppose this request.

   Mr. Kadirov was released on a substantial bond and has fully complied with the terms and conditions ordered by this Court, including maintaining full-time employment. Of course, we rely on the Court's sound judgment and thank Your Honor for your consideration of this matter.

Respectfully,

Steve Zissou, Esq.

SZ/jc

---

Application granted.  The conditions of the defendant's pretrial release are modified as follows:  the defendant may travel with his family to Florida as specified above, from December 10, 2023 through December 16, 2023.  The defendant must provide his pretrial services officer with his itinerary and any changes to it.  All other conditions of the defendant's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 39.

SO ORDERED.

Dated:  November 28, 2023
New York, New York

                GREGORY H. WOODS
                United States District Judge