# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361 | 718.279.4500 | stevezissou@stevezissouesq.com

June 12, 2024

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
500 Pearl Street
New York, NY 10007-1312

  Re: *United States of America v. Mukhiddin Kadirov*,
     Case No. 23 Cr. 506 (GHW)

Dear Honorable Sir,

  I write in advance of the sentencing hearing in the above-referenced matter—scheduled for tomorrow, June 12, 2024—to provide four additional testimonials to aid the Court in determining a fair and just sentence for Mukhiddin Kadirov. These testimonials supplement the sentencing submission made on May 6, 2024.

  Thank you very much for your consideration.

Respectfully,



Steve Zissou, Esq.

SZ/jc

# EXHIBIT C
# ADDITIONAL TESTIMONIALS

The Honorable Gregory H. Woods
United States District Court
500 Pearl Street
New York, NY 10007

10 June, 2024

Your Honor,

Reflecting on our life together, I am filled with gratitude for the moments we've shared. Life often presents us with unexpected challenges, and while our relationship has faced its own set of difficulties, I hold nothing but respect for Mukhiddin Kadirov. He is, without a doubt, a dedicated father, and someone who has always strived to be the best version of himself.

Our relationship has endured significant hardships, including the revelation of him having two sons with another woman. Despite this, we have decided to remain friends. Mukhiddin has consistently shown his dedication to being a loving and responsible father to all his children, a role he takes very seriously.

Mukhiddin is now facing the possibility of going to jail, a situation that would have severe repercussions not just for him, but for all his family. I firmly believe that his absence would be detrimental to the well-being of his children, who rely on his presence, guidance, and support. As a dedicated father, he plays an irreplaceable role in their lives, providing emotional stability and a positive example.

Moreover, Mukhiddin has demonstrated his capacity for growth and change. He has shown remorse for his past actions and is committed to making amends and contributing positively to society. Incarceration would hinder his ability to continue this path of personal improvement and to support his family effectively.

I genuinely wish for Mukhiddin Kadirov to be given the opportunity to continue proving his worth as a father and member of the community. His potential to grow and contribute positively should not be underestimated. I firmly believe that keeping him with his family is in the best interest of everyone involved.

I want to acknowledge the many wonderful qualities that make Mukhiddin Kadirov the remarkable man he is. I respectfully request that he be given the chance to continue building a positive future for himself and his family.

With sincere best wishes,

Bella Pyetrosyan.

EXHIBIT C - PAGE 1

The Honorable Gregory H. Woods
United States District Court
500 Pearl Street
New York, NY 10007

Your Honor,

When I first came to the United States in 2007 from Uzbekistan, I faced many challenges. During this tough time, I went to the local masjid looking for peace and guidance. There, I met a wonderful man who became my closest friend.

He listened to my story with kindness and offered me more than just comforting words. He gave me a job at his construction company, which helped me get back on my feet. Thanks to his help, I was able to become financially stable.

Our friendship has been a big part of my life here. Every Friday, we still meet at the masjid for prayers. We share our lives and support each other. His constant support and friendship have been very important to me.

He is more than a friend; he is like a brother in faith to me. His kindness and generosity have made a huge difference in my life, and I will always be grateful for his friendship.

Best regards,

Akmal Abdurahmanov

EXHIBIT C - PAGE 2



**HOUSE OF TORAH**

182-20 80 Drive, Jamaica Estates N.Y. 11432                              646.463.0202

April 9, 2024

To whom it may concern:

    We at The House of Torah Jamaica Estates would like to express our gratitude to Mr. Mukhiddin Kadirov for his tireless efforts in repairing and maintaining our house of worship. Mr. Kadirov has been offering his services free of charge for the past three years. His diligence and consistency have always found him to be reliable and timely. With his support the community is able to grow in learning and praying.

*G. Shimonov*
President

EXHIBIT C - PAGE 3

# Otabek Rasulov

218-09 Hartland avenue, Oakland Gardens NY 11364

Ph.: 646-220-6500, email: otashnyc@gmail.com

---

The Honorable Gregory H. Woods
United States District Court
500 Pearl street
New York, NY 10007

Your Honor,

*Mukhiddin Kadirov* and I have known each other personally for more than 20 years. I had to deal with this person often, given that our work activity is entirely related to construction. He is a professional who knows how to use his intellectual abilities in solving many problems associated with our daily work activities. He is decisive and independent, very sociable, ready to listen and give practical advice.

He was always friendly, responsive, for the sake of a friend he could come to the rescue at any time of the day, if he promised. This is a person with whom it was always a pleasure to communicate in everyday life. This man is also a worthy father and family man.

The episode for which he was charged is astonishing and the behavior displayed is not typical of a person I know.

He maintained friendly and friendly relations with many, even with those who let him down in life, forgave them, and tried to trust people.

Sincerely,

*[signature]*

Otabek Rasulov

EXHIBIT C - PAGE 4