# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361 | 718.279.4500 | stevezissou@stevezissouesq.com

## MEMORANDUM ENDORSED

August 6, 2024

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2024
```

The Honorable Gregory H. Woods
United States District Court
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States of America v. Mukhiddin Kadirov*, Case No. 23 Cr. 506 (GHW)
            Extension of Surrender Date

Dear Honorable Sir,

    On June 13, 2024, the Court sentenced Mukhiddin Kadirov to a term of thirty (30) months imprisonment for his conviction of a single count of conspiracy to money laundering, in violation of 18 U.S.C. § 1956(a)(l)(B)(i). The Court graciously permitted Mr. Kadirov, who is engaged as manager of an extensive construction project in Fresh Meadows, to surrender to the Federal Bureau of Prisons on August 29, 2024. At the time of sentencing, counsel noted that, given the nature of the project, there might be a need to request an extension.

    Unfortunately, and for reasons beyond Mr. Kadirov's control, a stop work order was issued by the Department of Buildings that significantly impacted the timeline of the project. The issue was resolved, and work has since resumed on the project. But the delay, as often happens with complex construction projects, caused numerous related scheduling problems.

    As the Court may recall, the property required a complete demolition, which was completed before sentencing, but as the general contractor, Mr. Kadirov is responsible for all aspects of the construction. The Court may also recall that the anticipated completion of the project is in fall of 2025, and that Mr. Kadirov estimated it would take several months to ensure both that the project is well enough under way and that a successor has been properly trained and prepared for this particular site.

    Detention is not mandatory in this case. This is not a presumption case. Pursuant to 18 U.S.C. § 3143, there exists clear and convincing evidence that the Defendant is not likely to flee or pose a danger to the community if he is permitted to self-surrender at least three months after the current surrender date of August 29, 2024. Mr. Kadirov was released on a substantial bond and has fully complied with the terms and conditions ordered by this Court, including maintaining full-time employment. There have been no incidents of any kind since his release.

*United States of America v. Mukhiddin Kadirov*, Case No. 23 Cr. 506 (GHW)
August 6, 2024

      Mr. Kadirov is, as he was at sentencing, acutely aware of the degree to which his behavior has let many people down. He does not want to leave his client in the lurch.

      Accordingly, we request that this Honorable Court permit Mukhiddin Kadirov to self-surrender on November 29, 2024. Mr. Kadirov understands that, if an extension were granted, there would be no further extension afterwards.

      I have conferred with Cecila Vogel and Nathan Rehn, Assistant United States Attorneys, and they have informed us that the Government does not object to this request.

      Of course, we rely on the Court's sound judgment and thank Your Honor for your consideration of this matter.

      Respectfully,

      Steve Zissou, Esq.

SZ/jc

Application granted. The date by which Mr. Kadirov must surrender to the BOP to serve his sentence is extended to November 29, 2024 at 12:00 p.m. No further extensions will be granted.

The Clerk of Court is directed to terminate the motion pending at Dkt. Nos. 95 and 96.

SO ORDERED.
Dated: August 6, 2024
New York, New York

GREGORY H. WOODS
United States District Judge