# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361 | 718.279.4500 | stevezissou@stevezissouesq.com

**MEMORANDUM ENDORSED**　　　　　　　　December 26, 2024

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2024
```

The Honorable Gregory H. Woods
United States District Court
500 Pearl Street
New York, NY 10007-1312

　　Re:　*United States of America v. Mukhiddin Kadirov*, Case No. 23 Cr. 506 (GHW)
　　　　Emergency Request for Extension of Surrender Date Due to Medical Issue

Dear Honorable Sir,

　　We write to the Court regarding Mukhiddin Kadirov's surrender date for what we sincerely hope is the last time and mindful of the fact that Your Honor explicitly noted that "Mr. Kadirov should not expect that any further extensions will be granted." Not lost on us is the fact that this application on the eve of his surrender date, but for the reasons set for below, we do not believe this submission could have been made any sooner.

　　On June 13, 2024, the Court sentenced Mukhiddin Kadirov to a term of thirty (30) months imprisonment for his conviction of a single count of conspiracy to money laundering, in violation of 18 U.S.C. § 1956(a)(l)(B)(i), permitting him to self-surrender to the Federal Bureau of Prisons. On August 7, 2024, the Court extended Mr. Kadirov's surrender date to November 29, 2024, due to a work-related issue. ECF 97. On November 26, the Court graciously extended Mr. Kadirov's sentence to December 29, 2024, due to Mr. Kadirov's present medical issue. ECF 107.

[redacted]

*See* Exhibit A (Medical Records) at 1.

　　This endoscopy, as the Court is also aware, was supposed to be conducted earlier in the month, but, as counsel has just learned, Mr. Kadirov's insurance had been terminated and was not reinstated until December 5, 2024, causing the original procedure to be rescheduled to December 24, 2024. *See* Exhibit B (Insurance Marketplace Enrollment Receipt) at 1. Mr. Kadirov learned about this termination upon checking in for the originally scheduled endoscopy on December 1, 2024. He made every effort to have this procedure rescheduled to the earliest possible date.

*United States of America v. Mukhiddin Kadirov*, Case No. 23 Cr. 506 (GHW)
December 26, 2024

    Unfortunately, the earliest possible date was Christmas Eve. Dr. Chu prepared a letter for Mr. Kadirov on the same day as the endoscopy. Ex. A at 1.

    Mr. Kadirov has now had both an endoscopy and colonoscopy. Dr. Chu has scheduled a follow-up appointment for January 7, 2025, so that he may review the results and prepare, if necessary, a treatment plan. *Id*. To ensure that Mukhiddin Kadirov is given every opportunity to receive proper medical treatment prior to surrender and so that we can send the results of the treatment he is receiving to the Federal Bureau of Prisons upon his surrender in the hopes that his course of treatment continues, we respectfully request that this Honorable Court permit Mr. Kadirov to self-surrender on January 8, 2025.

    Detention is not mandatory in this case. This is not a presumption case. Pursuant to 18 U.S.C. § 3143, there exists clear and convincing evidence that the Defendant is not likely to flee or pose a danger to the community if he is permitted to self-surrender on January 8, 2025. Mr. Kadirov was released on a substantial bond and has fully complied with the terms and conditions ordered by this Court, including maintaining full-time employment. There have been no incidents of any kind since his release.

    I have attempted to confer with Cecilia Vogel, Assistant United States Attorney, but received an automated reply indicating she was out of the office for the holidays. We thus do not yet know the Government's position. We do note that the Government did not object to the previous application.

    Of course, we rely on the Court's sound judgment and thank Your Honor for your consideration of this matter.

Respectfully,

Steve Zissou, Esq.

SZ/jc

Application granted. The date by which Mr. Kadirov must surrender to the BOP to serve his sentence is extended to January 8, 2025 at 12:00 p.m. Mr. Kadirov should not expect that any further extensions will be granted.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 108.

SO ORDERED.
Dated: December 27, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge