# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361 | 718.279.4500 | stevezissou@stevezissouesq.com

## MEMORANDUM ENDORSED

October 30, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2025
```

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re:   *United States of America v. Mukhiddin Kadirov*, Case No. 23 Cr. 506 (GHW)
      Request

Dear Honorable Sir,

On June 13, 2024, the Court sentenced Mukhiddin Kadirov to a term of thirty (30) months imprisonment for his conviction of a single count of conspiracy to money laundering, in violation of 18 U.S.C. § 1956(a)(l)(B)(i), permitting him to self-surrender to the Federal Bureau of Prisons.

Mr. Kadirov respectfully moves this Honorable Court for return of his passport. As the Court is aware, Mr. Kadirov is a citizen of Uzbekistan. He is due to be deported upon the conclusion of his sentence. Mr. Kadirov is not incarcerated in New York and will likely not be detained in New York by Immigration and Customs Enforcement (ICE) at the conclusion of his sentence given the proximity of his present prison to ICE facilities. He would thus be far likelier to spend less time in the custody of ICE following the conclusion of his federal sentence if his attorney or his family were able to provide ICE directly with his passport rather than rely on bureaucratic procedures.

I have conferred with Pretrial Services Officer Vanessa Perdomo, who confirmed that the Pretrial Services Office holds onto defendants' passports for some time following their sentencing. I also have conferred with Cecila Vogel and Nathan Rehn, Assistant United States Attorneys, and they have informed us that the Government does not object to this request.

Of course, we rely on the Court's sound judgment and thank Your Honor for your consideration of this matter.

Application granted. Pretrial Services may return Mr. Kadirov's passport to Mr. Zissou or his designated representative. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 113.
SO ORDERED.
Dated: October 30, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully,

Steve Zissou, Esq.

SZ/jc